# United States Court of Appeals for the Federal Circuit

ERRATA

November 10, 2008

Appeal No. 2008-1017

Rothe Development Corporation v. Department of Defense and Department of the Air Force

Precedential Opinion

Decided: November 4, 2008

On Page 7, footnote 3, replace "pt. 123" with "pt. 124"

On Page 8, line 17, replace "pt. 123" with "pt. 124"

On Page 8, line 21, replace "Small Disadvantaged Business Program" with "Small Disadvantaged Business Program"

On Page 15, line 13, replace "(footnote omitted)." with "(footnote omitted))."

On Page 17, line 23, replace "(quoting Nilssen., 203 F.3d at 285))" with "(quoting Nilssen, 203 F.3d at 785))"

On Page 20, lines 10-11, replace "Croson, 488 U.S. at 500, 504" with "Croson, 488 U.S. at 500, 504"

On Page 29, line 11, delete "(2007)"